# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL ALI SHUKAR BURK, *Plaintiff,* <br><br> v. <br><br> MS. FAVALORO, et al., *Defendants.* | CIVIL ACTION <br><br> NO. 22-84 |

## ORDER

**AND NOW**, this 15th day of May, 2023, upon consideration of Defendants' Motions for Summary Judgment, (ECF 45, 47), and all responses and replies thereto, (ECF 50, 51, 52, 53), and after holding oral argument on the motions and the issue of exhaustion, it is hereby **ORDERED** that Defendants' motions are **GRANTED**. Judgment is entered in favor of Defendants. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.